**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 15-1898

SHIRLEY ANN STEWART,

Plaintiff - Appellant,

v.

JAMES DIMON, The Chairman and CEO of J.P. Morgan Bank, N.A.;
LELA AMES; JP MORGAN CHASE BANK, N.A.,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.   T.S. Ellis, III, Senior
District Judge.   (1:14-cv-01707-TSE-MSN)

Submitted:  December 17, 2015      Decided:  December 21, 2015

Before DIAZ and HARRIS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Shirley Ann Stewart, Appellant Pro Se.   Jeffrey L. Tarkenton,
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC, Washington, D.C., for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shirley Ann Stewart appeals the district court's orders dismissing her civil complaint and denying her motion for reconsideration. See Fed. R. Civ. P. 59(e). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Stewart v. Dimon, No. 1:14-cv-01707-TSE-MSN (E.D. Va. filed Mar. 13, 2015 & entered Mar. 20, 2015; filed Apr. 3, 2015 & entered Apr. 6, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED